UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT MICHAEL CHERMS,, | No. 2:13-cv-2124 KJN P |
| Petitioner, | |
| v. | ORDER |
| P.D. BRAZELTON, Warden,, | |
| Respondent. | |

Petitioner is a state prisoner, proceeding pro se, with a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Petitioner paid the filing fee. However, plaintiff also filed an application to proceed in forma pauperis.

Examination of the in forma pauperis application reveals that petitioner is unable to afford the costs of suit. Accordingly, the application to proceed in forma pauperis is granted. See 28 U.S.C. § 1915(a).

In accordance with the above, IT IS HEREBY ORDERED that petitioner's motion to proceed in forma pauperis is granted.

Dated:  November 12, 2013

;cher2124.ifp

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

1