1

2

3

4

5

6

7

8                           UNITED STATES DISTRICT COURT

9                    FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    SCOTT MICHAEL CHERMS,,                    No.  2:13-cv-2124 KJN P

12                    Petitioner,

13         v.                                   ORDER

14    P.D. BRAZELTON, Warden,,

15                    Respondent.

16

17          Petitioner is a state prisoner, proceeding pro se, with a petition for a writ of habeas corpus

18    pursuant to 28 U.S.C. § 2254.  Petitioner paid the filing fee.  However, plaintiff also filed an

19    application to proceed in forma pauperis.

20          Examination of the in forma pauperis application reveals that petitioner is unable to afford

21    the costs of suit.  Accordingly, the application to proceed in forma pauperis is granted.  See 28

22    U.S.C. § 1915(a).

23          In accordance with the above, IT IS HEREBY ORDERED that petitioner's motion to

24    proceed in forma pauperis is granted.

25    Dated:  November 12, 2013

26

27    ;cher2124.ifp                             KENDALL J. NEWMAN
                                                UNITED STATES MAGISTRATE JUDGE

28

                                          1